B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green Scene, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Green Scene Hydroseeding, Inc** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3354765** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**16 Spring Lane**<br>**Barrington, IL**<br>ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3515 Stern Dr**<br>**Saint Charles, IL**<br>ZIP Code **60174** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green Scene, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Green Scene, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Richard G. Larsen**
Signature of Attorney for Debtor(s)

**Richard G. Larsen**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**

Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**May 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Dore**
Signature of Authorized Individual

**Robert Dore**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 17, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Green Scene, Inc.** _____   Case No. _____

Debtor(s)                      Chapter        **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **American Express**<br>**PO Box 297879**<br>**Fort Lauderdale, FL 33329** | **American Express**<br>**PO Box 297879**<br>**Fort Lauderdale, FL 33329** | **Business Expenses - credit card purchases** | | **25,032.00** |
| **Arrowhead Landscape Supply**<br>**c/o Joseph R. Voiland, Trustee**<br>**1625 Wing Rd**<br>**Yorkville, IL 60560** | **Arrowhead Landscape Supply**<br>**c/o Joseph R. Voiland, Trustee**<br>**1625 Wing Rd**<br>**Yorkville, IL 60560** | **Judgment Balance Due.  Judgment entered 7/21/08 and Turnover Order entered on 8/25/09 for $88,576.** | | **71,576.00** |
| **Bilco Building Components**<br>**3515 Stern Ave**<br>**Saint Charles, IL 60174** | **Bilco Building Components**<br>**3515 Stern Ave**<br>**Saint Charles, IL 60174** | **Loan - Payment for insurance premiums** | | **42,056.00** |
| **CNH Capital**<br>**420 Nolen Dr**<br>**South Elgin, IL 60177** | **CNH Capital**<br>**420 Nolen Dr**<br>**South Elgin, IL 60177** | **Balance due on 2008 New Holland Skid Steer Lease. The skid steer was repossessed by CNH in 4/2010.** | | **17,455.00** |
| **Country Mutual Insurance Companies**<br>**c/o Schwulst & Roseberry PC**<br>**PO Box 2020**<br>**Bloomington, IL 61702-2020** | **Country Mutual Insurance Companies**<br>**c/o Schwulst & Roseberry PC**<br>**PO Box 2020**<br>**Bloomington, IL 61702-2020** | **Judgment Balance Due for Audit of prior insurance.** | | **22,062.00** |
| **County Line Hauling**<br>**c/o Transworld Systems, Inc**<br>**1373 E Woodfield Rd #110**<br>**Schaumburg, IL 60173** | **County Line Hauling**<br>**c/o Transworld Systems, Inc**<br>**1373 E Woodfield Rd #110**<br>**Schaumburg, IL 60173** | **Garbage Hauling** | | **7,375.00** |
| **ERO TEX**<br>**N94W14330 Garwin Mace Dr**<br>**Menomonee Falls, WI 53051** | **ERO TEX**<br>**N94W14330 Garwin Mace Dr**<br>**Menomonee Falls, WI 53051** | **Job Supplies** | | **12,032.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Green Scene, Inc.**                                  Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Goodmark Nurseries<br>c/o Frank G Roux, Ltd<br>715 Ela Rd<br>Lake Zurich, IL 60047 | Goodmark Nurseries<br>c/o Frank G Roux, Ltd<br>715 Ela Rd<br>Lake Zurich, IL 60047 | Judgment Balance due for Landscape Supplies purchased. Affidavit of Non-Wage Garnishment filed on 4/8/10. | | 17,003.00 |
| Jeff Lemke, CPA<br>16 Spring Ln<br>Barrington, IL 60010 | Jeff Lemke, CPA<br>16 Spring Ln<br>Barrington, IL 60010 | Accounting Fees | | 13,848.00 |
| John Deere Landscapes<br>c/o NRS<br>2304 Tarpley Rd Ste 134<br>Carrollton, TX 75006 | John Deere Landscapes<br>c/o NRS<br>2304 Tarpley Rd Ste 134<br>Carrollton, TX 75006 | Collection.  NRS File #6304065. | | 14,345.00 |
| Mercedes Benz Credit<br>PO Box 685<br>Roanoke, TX 76262 | Mercedes Benz Credit<br>PO Box 685<br>Roanoke, TX 76262 | Balance due on contract to creditor.  The 2007 Mercedes-Benz CLS550 was returned to finance company in 2/2010. | | 53,150.00 |
| Michael Whelan<br>2860 River Rd Ste 240<br>Des Plaines, IL 60018 | Michael Whelan<br>2860 River Rd Ste 240<br>Des Plaines, IL 60018 | Legal Expenses | | 17,313.00 |
| Neenah Foundry<br>c/o McMahan & Sigunick Ltd<br>412 S Wells St 6th Fl<br>Chicago, IL 60607 | Neenah Foundry<br>c/o McMahan & Sigunick Ltd<br>412 S Wells St 6th Fl<br>Chicago, IL 60607 | Judgment Balance Due. (Job Supplies) | | 7,933.00 |
| Outdoor Accents<br>c/o Jahnke & Toolis LLC<br>9031 W 151st St Ste 203<br>Orland Park, IL 60462 | Outdoor Accents<br>c/o Jahnke & Toolis LLC<br>9031 W 151st St Ste 203<br>Orland Park, IL 60462 | Judgment Balance Deficiency - Job Supplies | | 10,000.00 |
| Private Bank<br>24 S Second St<br>Saint Charles, IL 60174 | Private Bank<br>24 S Second St<br>Saint Charles, IL 60174 | Lien on all receivables (95,667.66), all trucks and trailers listed on Ex A (226,500), all equipment listed on Ex B (87,650), and all office equipment | | 547,933.00<br><br>(419,818.00 secured) |
| Rainbow Farms Enerprises<br>c/o Ameri-Assist<br>PO Box 26095<br>Columbus, OH 43226 | Rainbow Farms Enerprises<br>c/o Ameri-Assist<br>PO Box 26095<br>Columbus, OH 43226 | Job Supplies | | 7,366.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Green Scene, Inc.**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **RH Donnelley Publishing c/o Fay Farrow & Associates 1730 Park St Ste 109 Naperville, IL 60563** | **RH Donnelley Publishing c/o Fay Farrow & Associates 1730 Park St Ste 109 Naperville, IL 60563** | **Judgment Balance Due (Advertising)** | | **108,089.00** |
| **Russo Hardware Inc c/o Solomon & Leadley 320 E Indian Trail Aurora, IL 60505-1760** | **Russo Hardware Inc c/o Solomon & Leadley 320 E Indian Trail Aurora, IL 60505-1760** | **Judgment Deficiency Balance.  Business Equipment including snow shovels, rakes, string trimmers, pruners, etc.** | | **11,732.00** |
| **Sheffield Financial Corp PO Box 580229 Charlotte, NC 28258** | **Sheffield Financial Corp PO Box 580229 Charlotte, NC 28258** | **2 Scag Lawn Mowers Model STWC61V-27CV, Serial Nos. D7200247 and D7200273** | | **15,527.00**<br><br>**(8,000.00 secured)** |
| **Town & Country Landscape c/o Coface Collections PO Box 8510 Metairie, LA 70011** | **Town & Country Landscape c/o Coface Collections PO Box 8510 Metairie, LA 70011** | **Job Supplies** | | **22,310.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 17, 2010**                          Signature   **/s/ Robert Dore**

**Robert Dore**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Green Scene, Inc.** _____,     Case No. _____

                                           Debtor

                                                              Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 533,818.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,346,979.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 597,427.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 533,818.00 | | |
| Total Liabilities | | | | 1,944,406.73 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Green Scene, Inc.**                                                  ,    Case No. _____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Green Scene, Inc.**

Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Green Scene, Inc.**                                                                      Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> **Chicago International Trucks** <br> **37W459 Keslinger Rd** <br> **Geneva, IL 60134** | X | - | | 4/2009-1/2010 <br><br> **Non-Purchase Money Security** <br><br> **Vehicle Repairs to 1990 International Truck and 2006 International Truck** | | | | | |
| | | | | Value $            7,093.00 | | | | 7,093.00 | 0.00 |
| Account No. **xxxx5202** <br><br> **Ford Motor Credit** <br> **C/O Correspondence** <br> **PO Box 64400** <br> **Colorado Springs, CO 80962-4400** | X | - | | 4/2007 <br><br> **Purchase Money Security** <br><br> **Ford F550 SD Dump Truck - Good Condition.** | | | | | |
| | | | | Value $          16,000.00 | | | | 16,205.00 | 205.00 |
| Account No. **xxxx6420** <br><br> **Ford Motor Credit** <br> **C/O Correspondence** <br> **PO Box 64400** <br> **Colorado Springs, CO 80962-4400** | X | - | | **Purchase Money Security** <br><br> **Ford F550 SD Dump Truck - Good Condition** | | | | | |
| | | | | Value $          12,000.00 | | | | 12,540.00 | 540.00 |
| Account No. **xxxx8807** <br><br> **Ford Motor Credit** <br> **C/O Correspondence** <br> **PO Box 64400** <br> **Colorado Springs, CO 80962-4400** | X | - | | 2/2008 <br><br> **Purchase Money Security** <br><br> **Ford F450 SD Dump Truck - Good Condition** | | | | | |
| | | | | Value $          35,000.00 | | | | 37,018.00 | 2,018.00 |
| __3__ continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 72,856.00 | 2,763.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Green Scene, Inc.**                                              ,        Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxx8581** | | | | | 2/2008 | | | | | |
| **Ford Motor Credit C/O Correspondence PO Box 64400 Colorado Springs, CO 80962-4400** | X | - | | | **Purchase Money Security** **Ford F450 SD Dump Truck - Good Condition.** | | | | | |
| | | | | | Value $                    **36,000.00** | | | | **38,835.00** | **2,835.00** |
| Account No. **xxx3584** | | | | | 2007-2009 Tax Liens | | | | | |
| **IL Dept of Employment Security 260 E Indian Trail Rd Aurora, IL 60505-1733** | | - | | | IDES Taxes Due for periods ending 6/30/07 through 9/30/09.  Liens Recorded 1/22/09 (Doc #2009K004324), 1/26/09 (Doc #2009K006264) and 5/15/09 (Doc #2009K036738. | | | | | |
| | | | | | Value $                  **222,659.00** | | | | **222,659.00** | **0.00** |
| Account No. **xx-xxx4765** | | | | | 2008 | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | | - | | | **Tax Lien** **Federal 941 taxes due for tax periods ending 6/30/08 and 9/30/08.  Lien recorded 4/14/09 as Doc #2009K27820.** | | | | | |
| | | | | | Value $                  **144,080.00** | | | | **144,080.00** | **0.00** |
| Account No. **xx-xxx4765** | | | | | 6/22/09 | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | | - | | | **Tax Lien** **Federal 941 taxes due for tax period ending 12/31/08.  Lien recorded 6/22/09 as Doc #2009K47360.** | | | | | |
| | | | | | Value $                  **113,034.00** | | | | **113,034.00** | **0.00** |
| Account No. **xx-xxx4765** | | | | | 2009 | | | | | |
| **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326** | | - | | | **Tax Lien** **Federal 941 taxes due for tax period ending 3/31/09.  Lien recorded 9/28/09 as Doc #2009K73031.** | | | | | |
| | | | | | Value $                    **69,166.00** | | | | **69,166.00** | **0.00** |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    **587,774.00**        **2,835.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Green Scene, Inc.**                                              ,     Case No. _____

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx4765**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | | - | **2009**<br><br>**Tax lien**<br><br>**Federal 941 taxes due for tax period ending 6/30/09.  Lien recorded 11/4/09 as Doc #2009K82352** | | | | | |
| | | | Value $              23,425.00 | | | | 23,425.00 | 0.00 |
| Account No. **xx-xxx4765**<br><br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | | - | **2009**<br><br>**Tax lien**<br><br>**Federal 941 taxes due for tax period ending 9/30/09.  Lien recorded 1/25/10 as Doc #2010K005953.** | | | | | |
| | | | Value $              51,022.00 | | | | 51,022.00 | 0.00 |
| Account No. **xxx2724**<br><br>**Private Bank**<br>24 S Second St<br>Saint Charles, IL 60174 | | - | **3/2007**<br>**Blanket lien**<br>Lien on all receivables (95,667.66), all trucks and trailers listed on Ex A (226,500), all equipment listed on Ex B (87,650), and all office equipment, supplies and furniture (10,000) | | | | | |
| | | | Value $             419,818.00 | | | | 547,933.00 | 128,115.00 |
| Account No. **xx-xxx763-7; #xxxxxxxxxxxx7635**<br><br>**Sheffield Financial Corp**<br>PO Box 580229<br>Charlotte, NC 28258 | X | - | **5/2009**<br><br>**Purchase Money Security**<br><br>**2 Scag Lawn Mowers Model STWC61V-27CV, Serial Nos. D7200247 and D7200273** | | | | | |
| | | | Value $               8,000.00 | | | | 15,527.00 | 7,527.00 |
| Account No. **xx-xxx4765**<br><br>**State of IL**<br>IL DOR<br>PO Box 19035<br>Springfield, IL 62794-9035 | | - | **2008-2009**<br><br>**Tax lien**<br><br>**State of IL 941 Taxes Due for periods ending 12/31/08 through 12/31/09.  Lien Recorded 3/2/10 (Doc # 2010K014293)** | | | | | |
| | | | Value $              33,344.00 | | | | 33,344.00 | 0.00 |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 671,251.00 | 135,642.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                                    ,          Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx9057**<br><br>**Stihl**<br>**c/o Accounts Service Dept**<br>**PO Box 731**<br>**Mahwah, NJ 07430** | X | - | **9/2009-3/2010**<br><br>**Non-Purchase Money Security**<br><br>**Collection.  Business Equipment**<br><br>Value $      **15,098.00** | | | | **15,098.00** | **0.00** |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **15,098.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,346,979.00** | **141,240.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Green Scene, Inc.**    Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Green Scene, Inc.**                                                        Case No. _____
                                                           ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **GREEN SCENE**<br><br>**Abbott Cards**<br>**35 Tioga Way**<br>**PO Box 631**<br>**Marblehead, MA 01945** | | - | | **4/2010**<br>**Marketing material** | | | | 282.73 |
| Account No.  **xxxxxx4266**<br><br>**Advance Auto Parts**<br>**435 McLean Blvd**<br>**South Elgin, IL 60177** | | - | | **1/2010**<br>**Vehicle Repair** | | | | 148.00 |
| Account No.  **xx xx 7172**<br><br>**Advanced Material Services, LLC**<br>**c/o Atty John M McGuirk**<br>**1001 E Main St Ste G**<br>**Saint Charles, IL 60174** | | - | | **5/2009-6/2009**<br>**Judgment Balance Due.** | | | | 4,958.00 |
| Account No.  **x3090**<br><br>**Alarm Detection Systems Inc**<br>**1111 Church Road**<br>**Aurora, IL 60505** | | - | | **11/2009-4/2010**<br>**Alarm System** | | | | 1,036.00 |

__18__  continuation sheets attached

Subtotal
(Total of this page)                                                                          6,424.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                  ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxxxx-x3002**<br><br>**American Express**<br>**PO Box 297879**<br>**Fort Lauderdale, FL 33329** | - | | | | **9/2008-1/2010**<br>**Business Expenses - credit card purchases** | | | | 25,032.00 |
| Account No. **GREEN SCENE**<br><br>**Apple Financial Services**<br>**PO Box 532617**<br>**Atlanta, GA 30353** | - | | | | **5/2009-4/2010** | | | | 930.00 |
| Account No. **xxxxx8001**<br><br>**Aramark Uniform Services**<br>**4200 S. Halsted Ste 602**<br>**Chicago, IL 60609** | - | | | | **2008**<br>**Uniforms** | | | | 22.00 |
| Account No. **xxx9925**<br><br>**Arlington Power Equipment**<br>**20175 N Rand Rd**<br>**Palatine, IL 60074** | - | | | | **1/2010**<br>**Rock Salt** | | | | 63.00 |
| Account No. **xx L 255**<br><br>**Arrowhead Landscape Supply**<br>**c/o Joseph R. Voiland, Trustee**<br>**1625 Wing Rd**<br>**Yorkville, IL 60560** | - | | | | **2009**<br>**Judgment Balance Due.  Judgment entered 7/21/08 and Turnover Order entered on 8/25/09 for $88,576.** | | | | 71,576.00 |

| | | |
|---|---|---|
| Sheet no. _**1**_ of _**18**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 97,623.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                                    Case No. _____
                                              _____,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **GREEN SCENE**<br><br>**Aspen Valley Landscape Supply**<br>**2525 Higgins Rd**<br>**Elgin, IL 60123** | - | | | | **10/2008**<br>**Landscaping Supplies** | | | | 1,579.00 |
| Account No. **3622**<br><br>**Auto Truck Group**<br>**c/o Joseph R Voiland**<br>**1625 Wing Rd**<br>**Yorkville, IL 60560** | - | | | | **3/2008-1/2009**<br>**Vehicle Repairs** | | | | 1,187.00 |
| Account No. **Green Scene**<br><br>**Autumn Landscaping**<br>**1532 S Roselle Rd**<br>**Schaumburg, IL 60193** | - | | | | **12/2007**<br>**Irrigation** | | | | 595.00 |
| Account No. **Green Scene**<br><br>**Bilco Building Components**<br>**3515 Stern Ave**<br>**Saint Charles, IL 60174** | - | | | | **7/2009-10/2009**<br>**Loan - Payment for insurance premiums** | | | | 42,056.00 |
| Account No. **xxxxx8022**<br><br>**Central Salt**<br>**385 Airport Rd Ste 108**<br>**Elgin, IL 60123** | - | | | | **10/2009-3/2010**<br>**Rock Salt** | | | | 123.00 |

Sheet no. __**2**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **45,540.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.** _____,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8221**<br><br>**Citicorp Vendor Finance**<br>**PO Box 7247-0322**<br>**Philadelphia, PA 19170** | | - | **2/2006**<br>**Business Equipment** | | | | **165.00** |
| Account No. **Green Scene**<br><br>**Clipper Magazine**<br>**3708 Hempland Rd**<br>**PO Box 610**<br>**Mountville, PA 17554** | | - | **4/2010**<br>**Marketing** | | | | **1,707.00** |
| Account No. **3690**<br><br>**Clune**<br>**PO Box 350**<br>**Mission, KS 66201** | | - | **7/2009-1/2010**<br>**Business Equipment** | | | | **105.00** |
| Account No. **7187**<br><br>**CNH Capital**<br>**420 Nolen Dr**<br>**South Elgin, IL 60177** | X | - | **12/2009**<br>**Balance due on 2008 New Holland Skid Steer Lease. The skid steer was repossessed by CNH in 4/2010.** | | | | **17,455.00** |
| Account No. **Green Scene**<br><br>**Complete Fence**<br>**27W174 North Ave**<br>**West Chicago, IL 60185** | | - | **4/2007**<br>**Safety** | | | | **606.00** |

Sheet no. __**3**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,038.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                    , Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx894-9** <br><br> **Construction Data: Bid Tool** <br>**PO Box 981097** <br>**Boston, MA 02298** | - | | **10/2009-present** <br>**Business Equipment** | | | | 766.00 |
| Account No. **Green Scene** <br><br> **Contractors Adjustment Co** <br>**570 Lake Cook Rd Ste 305** <br>**Deerfield, IL 60015** | - | | | | | | 50.00 |
| Account No. **xxxxxxx (xx xR 156)** <br><br> **Country Mutual Insurance Companies** <br>**c/o Schwulst & Roseberry PC** <br>**PO Box 2020** <br>**Bloomington, IL 61702-2020** | - | | **2009** <br>**Judgment Balance Due for Audit of prior insurance.** | | | | 22,062.00 |
| Account No. **xxxxx-xxxxxx8978** <br><br> **County Line Hauling** <br>**c/o Transworld Systems, Inc** <br>**1373 E Woodfield Rd #110** <br>**Schaumburg, IL 60173** | - | | **7/2008-10/2008** <br>**Garbage Hauling** | | | | 7,375.00 |
| Account No. **xxxxx #xxxxxxx12-M1** <br><br> **Data Transmission Network Corp** <br>**c/o RMS** <br>**PO Box 523** <br>**Richfield, OH 44286** | - | | **7/2009** <br>**Collection** | | | | 315.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,568.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                          ,                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xxxxxx9-002** | | | | | 5/2009-3/2010 Business Equipment | | | | |
| **Dell Financial Services c/o Valentine & Kebartas Inc PO Box 325 Lawrence, MA 01842** | - | | | | | | | | 418.00 |
| Account No. **xx-xxEE67** | | | | | 3/2007 Shop Supplies | | | | |
| **Diamond Blade Warehouse 588 Lakeview Pkwy Vernon Hills, IL 60061** | - | | | | | | | | 960.00 |
| Account No. **xxxx xxxx xxxx 5411** | | | | | 8/2008-4/2010 Business Expenses - credit card purchases | | | | |
| **Discover Card PO Box 30421 Salt Lake City, UT 84130-0421** | | | | | | | | | 4,264.00 |
| Account No. **xxxxx6311** | | | | | 4/2009 Medical for Shannon Clark-Mahr | | | | |
| **Dreyer Medical Clinic PO Box 2091 Aurora, IL 60507-2091** | - | | | | | | | | 234.00 |
| Account No. **xxxxxx (xx xx 1236)** | | | | | 10/2007 Judgment Balance Due for Supplies | | | | |
| **Dunteman Turf Farms c/o Atty William D Cherny 111 E Jefferson Ave Naperville, IL 60540** | - | | | | | | | | 7,041.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,917.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Scene, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **GREEN SCENE**<br><br>**ERO TEX**<br>**N94W14330 Garwin Mace Dr**<br>**Menomonee Falls, WI 53051** | - | | | | 10/2007<br>**Job Supplies** | | | | 12,032.00 |
| Account No. **xxxxx6882**<br><br>**Firestone Auto Care**<br>**1645 E Main St**<br>**Saint Charles, IL 60174** | - | | | | 12/2009-3/2010<br>**Vehicle Repairs** | | | | 1,128.00 |
| Account No. **xxxxx xxxx #xxxx5272**<br><br>**Firestone Tires**<br>**c/o Stuart Allan & Associates Inc**<br>**5447 E 5th St Ste 110**<br>**Tucson, AZ 85711-2345** | - | | | | **Collection** | | | | 1,672.00 |
| Account No. **xxx-xxxxxx (xx xx 1251)**<br><br>**Goodmark Nurseries**<br>**c/o Frank G Roux, Ltd**<br>**715 Ela Rd**<br>**Lake Zurich, IL 60047** | - | | | | 3/2009-5/2009<br>**Judgment Balance due for Landscape Supplies purchased. Affidavit of Non-Wage Garnishment filed on 4/8/10.** | | | | 17,003.00 |
| Account No. **GreenScene**<br><br>**Gritten Turf Farms**<br>**PO Box 126**<br>**Monticello, IN 47960** | - | | | | 6/2007<br>**Landscape Supplies** | | | | 5,500.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,335.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Scene, Inc.**
,                                    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **GREENSCENE**<br><br>**Ground Effects**<br>**c/o Caine & Weiner**<br>**1699 E Woodfield Rd**<br>**Schaumburg, IL 60173** | - | | | | 4/2009-9/2009<br>**Job Supplies.  C&W #4564736.** | | | | 747.00 |
| Account No.<br><br>**Jeff Lemke, CPA**<br>**16 Spring Ln**<br>**Barrington, IL 60010** | - | | | | 9/2008-1/2010<br>**Accounting Fees** | | | | 13,848.00 |
| Account No. **xx7799**<br><br>**John Deere Landscapes**<br>**c/o NRS**<br>**2304 Tarpley Rd Ste 134**<br>**Carrollton, TX 75006** | - | | | | **Collection.  NRS File #6304065.** | | | | 14,345.00 |
| Account No. **C308**<br><br>**Just Safety**<br>**PO Box 9630**<br>**Naperville, IL 60564** | - | | | | 12/2008-8/2009<br>**Safety** | | | | 171.00 |
| Account No. **xxxxxx-xx0001**<br><br>**K Hoving Recycling**<br>**2351 Powis Rd**<br>**West Chicago, IL 60185** | - | | | | 12/2009<br>**Garbage Hauling** | | | | 406.00 |

Sheet no. __7___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,517.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                              ,          Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Green Scene**<br><br>**Kaknes Lanscape Supply, Inc.**<br>**31W545 Diehl Rd**<br>**Naperville, IL 60563** | - | | 5/2009-6/2009<br>**Landscape Supplies** | | | | 831.00 |
| Account No. **Green Scene**<br><br>**Kane County Landscape Material**<br>**817 E Route 38**<br>**Elburn, IL 60119** | - | | 4/2009-6/2009<br>**Landscape Supplies** | | | | 397.00 |
| Account No. **Green Scene**<br><br>**Kendal Hill Nursery, Inc**<br>**16100 Newark Road**<br>**Newark, IL 60541** | - | | 9/2009<br>**Plant Material** | | | | 2,144.00 |
| Account No.<br><br>**Kwik Copy Printing**<br>**105 S 14th St**<br>**Saint Charles, IL 60174** | - | | 1/2008-4/2008<br>**Printing** | | | | 334.00 |
| Account No. **xxx4767**<br><br>**Lafarge Conco Western**<br>**c/o Coface Collections North Americ**<br>**PO Box 8510**<br>**Metairie, LA 70011** | - | | 3/2008-10/2008<br>**Job Supplies** | | | | 3,295.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,001.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Green Scene, Inc.** _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx5880**<br><br>**Mercedes Benz Credit**<br>**PO Box 685**<br>**Roanoke, TX 76262** | - | | | | **2/2010**<br>**Balance due on contract to creditor.  The 2007 Mercedes-Benz CLS550 was returned to finance company in 2/2010.** | | | | 53,150.00 |
| Account No. **GREEN SCENE**<br><br>**Meterologix**<br>**9110 W Dodge Rd Ste 200**<br>**Omaha, NE 68114** | - | | | | **6/2009**<br>**Office Expenses** | | | | 315.00 |
| Account No. **GREEN SCENE**<br><br>**Michael Whelan**<br>**2860 River Rd Ste 240**<br>**Des Plaines, IL 60018** | - | | | | **12/2009-2/2010**<br>**Legal Expenses** | | | | 17,313.00 |
| Account No. **xx9734**<br><br>**Mitchell 1**<br>**c/o CCR Inc**<br>**6911 Topanga Canyon Blvd #206**<br>**Canoga Park, CA 91303** | - | | | | **3/2008-6/2008**<br>**Collection - Shop Expenses** | | | | 2,430.00 |
| Account No.<br><br>**Nancy S. C. Lichon MD**<br>**511 Thornhill Dr**<br>**Carol Stream, IL 60188** | - | | | | **4/2009**<br>**Medical for Jessica Dore** | | | | 237.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,445.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Scene, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x1247**<br><br>**National Seed**<br>**4720 Yender Ave**<br>**Lisle, IL 60532** | - | | | | 4/2009-2/2010<br>Fertilizer | | | | 2,859.00 |
| Account No. **xx1658; xxxxxxxx - xx xx 2475**<br><br>**Neenah Foundry**<br>**c/o McMahan & Sigunick Ltd**<br>**412 S Wells St 6th Fl**<br>**Chicago, IL 60607** | - | | | | 12/2008<br>Judgment Balance Due.  (Job Supplies) | | | | 7,933.00 |
| Account No. **xx-xx-xx-x0007**<br><br>**Nicor Gas**<br>**Attn Bankruptcy Dept**<br>**1844 W Ferry Rd**<br>**Naperville, IL 60563** | - | | | | 1/2010-3/2010<br>Utilities | | | | 2,025.00 |
| Account No. **xx xx 6126**<br><br>**Outdoor Accents**<br>**c/o Jahnke & Toolis LLC**<br>**9031 W 151st St Ste 203**<br>**Orland Park, IL 60462** | - | | | | 8/2008<br>Judgment Balance Deficiency - Job Supplies | | | | 10,000.00 |
| Account No. **xx0434**<br><br>**Passport Software**<br>**3801 W Lake Ave Ste 301**<br>**Glenview, IL 60026** | - | | | | 6/2008<br>Office Expense | | | | 338.00 |

Sheet no. __**10**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,155.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Pat McCarthy**<br>**14 Lochnivar**<br>**Oakbrook, IL 60521** | | - | | | 7/2008-2/2010<br>**Loan Payment** | | | | **4,637.00** |
| Account No. **xxxxxxx7867**<br><br>**Pitney Bowes Supplies**<br>**PO Box 856042**<br>**Louisville, KY 40285** | | - | | | 1/2010-2/2010<br>**Office Supplies** | | | | **1,741.00** |
| Account No. **6639**<br><br>**Pope & Associates**<br>**1155 S Washington, Lower Level**<br>**Naperville, IL 60540** | | - | | | 7/2007<br>**Legal Expenses** | | | | **160.00** |
| Account No. **xx0150**<br><br>**PP&O Nursery**<br>**PO Box 1205**<br>**Saint Charles, IL 60174** | | - | | | 4/2009-5/2009<br>**Landscaping Supplies** | | | | **1,563.00** |
| Account No. **GREEN SCENE**<br><br>**Practical Solutions**<br>**750 Ashler Ct**<br>**Columbus, OH 43235** | | - | | | 6/2007<br>**Office Expenses** | | | | **700.00** |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,801.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                                    ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **GREEN SCENE**<br><br>**Quality Cleaning**<br>**PO Box 362**<br>**Geneva, IL 60134** | - | | | | **1/2008**<br>**Office Expenses** | | | | **4,150.00** |
| Account No. **xxxxx - xx xx 4939**<br><br>**R&J Construction Supply Company**<br>**c/o Atty Paul L Greviskes**<br>**PO Box 393, 109 E Wilson St**<br>**Batavia, IL 60510-0393** | - | | | | **4/2008-5/2008**<br>**Judgment Balance Due (Job Supplies)** | | | | **4,466.00** |
| Account No.<br><br>**Radiator Express**<br>**2S781 Route 59**<br>**Warrenville, IL 60555** | - | | | | **7/2009**<br>**Vehicle Repairs** | | | | **60.00** |
| Account No. **xxxxxxx2312**<br><br>**Rainbow Farms Enerprises**<br>**c/o Ameri-Assist**<br>**PO Box 26095**<br>**Columbus, OH 43226** | - | | | | **7/2009-9/2009**<br>**Job Supplies** | | | | **7,366.00** |
| Account No.<br><br>**Rainbow Irrigation**<br>**117 Sabin**<br>**Sycamore, IL 60178** | - | | | | **1/2010**<br>**Irrigation repaid** | | | | **1,400.00** |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,442.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Scene, Inc.**                                                                    ,        Case No. _____
                                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **GREEN SCENE** <br><br> **Regional Truck Equipment** <br> **255 Laura Drive** <br> **Addison, IL 60101** | | - | | | Repairs to equipment | | | | 719.00 |
| Account No. **GREEN SCENE** <br><br> **Reliable PC Techs** <br> **1118 Ronzheimer Ave** <br> **Saint Charles, IL 60174** | | - | | | 2/2009 <br> Office Expenses | | | | 568.00 |
| Account No. **xxxxxxxxx - (xx L 762)** <br><br> **RH Donnelley Publishing** <br> **c/o Fay Farrow & Associates** <br> **1730 Park St Ste 109** <br> **Naperville, IL 60563** | | - | | | 4/2006-7/2008 <br> Judgment Balance Due (Advertising) | | | | 108,089.00 |
| Account No. **GREEN SCENE** <br><br> **RP Enterprises** <br> **9 N Cherry Dr** <br> **Oswego, IL 60543** | | - | | | 5/2009 <br> Job Supplies | | | | 149.00 |
| Account No. **xxxx9974** <br><br> **Rush Copley Medical Center** <br> **2000 Ogden Avenue** <br> **Aurora, IL 60504** | | - | | | 1/2009 <br> Medical for Shannon Clark-Mahar. | | | | 2,472.00 |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,997.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Scene, Inc.**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx (xx xx 1183)** <br><br> **Russo Hardware Inc** <br> **c/o Solomon & Leadley** <br> **320 E Indian Trail** <br> **Aurora, IL 60505-1760** | - | | | | **12/2007-4/2008** <br> **Judgment Deficiency Balance.  Business Equipment including snow shovels, rakes, string trimmers, pruners, etc.** | | | | **11,732.00** |
| Account No. <br><br> **RW Wilson Printing Company** <br> **c/o Robert R Mucci** <br> **PO Box 190** <br> **West Chicago, IL 60186** | - | | | | **3/2009** <br> **Printing.  Mucci file #334-3515** | | | | **950.00** |
| Account No. **xxx0202** <br><br> **Shemin Nursery** <br> **c/o Paul R Marcus** <br> **PO Box 562601** <br> **Miami, FL 33256-2601** | - | | | | **8/2009-1/2010** <br> **Landscape Supplies.  Marcus File #268559** | | | | **4,659.00** |
| Account No. **xxx-xx1261** <br><br> **South Branch Nursery** <br> **18101 Route 176** <br> **Union, IL 60180** | - | | | | **4/2009-5/2009** <br> **Landscape Supplies** | | | | **4,651.00** |
| Account No. **xxxxx2512** <br><br> **Sprint/Nextel** <br> **PO Box 4181** <br> **Carol Stream, IL 60197** | - | | | | **2009-2010** <br> **Telecommunications** | | | | **6,555.00** |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,547.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Scene, Inc.**                                    Case No. _____
                                                              ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0371** <br><br> **Steve Piper & Sons** <br> **31W320 Ramm Dr** <br> **Naperville, IL 60564** | - | | 7/2008 <br> **Job Supplies** | | | | 1,285.00 |
| Account No. **GREEN SCENE** <br><br> **Tam Trucking** <br> **400 E North Ave** <br> **Streamwood, IL 60107** | - | | 2/2008 <br> **Rock Salt** | | | | 5,415.00 |
| Account No. **xxE112** <br><br> **Total Fire & Safety** <br> **6808 Hobson Valleyh Ste 105** <br> **Woodridge, IL 60517** | - | | 6/2009 <br> **Safety** | | | | 149.00 |
| Account No. **xxx8506** <br><br> **Town & Country Landscape** <br> **c/o Coface Collections** <br> **PO Box 8510** <br> **Metairie, LA 70011** | - | | 4/2008-6/2008 <br> **Job Supplies** | | | | 22,310.00 |
| Account No. **GREEN SCENE** <br><br> **Tredroc Tire Services** <br> **425 Fenton Ln** <br> **West Chicago, IL 60185** | - | | 6/2009 <br> **Vehicle Expenses** | | | | 1,095.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,254.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Green Scene, Inc.**_____,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **GRESCE**<br><br>**Unilock Chicago Inc.**<br>**301 East Sullivan Rd.**<br>**Aurora, IL 60504** | | - | | | 11/2008-11/2009<br>Job Supplies | | | | 4,373.00 |
| Account No. **xxxx9827**<br><br>**Upbeat Magazine**<br>**4350 Duncan Ave**<br>**63110** | | - | | | 10/2007<br>Advertising | | | | 461.00 |
| Account No. **x0056**<br><br>**Valley Imaging Consultants LLC**<br>**6910 S Madison Street**<br>**Willowbrook, IL 60527-5504** | | - | | | 3/2009<br>Medical | | | | 187.00 |
| Account No. **Green Scene**<br><br>**Valley Lock Company, Inc**<br>**202 S Second St**<br>**Saint Charles, IL 60174** | | - | | | | | | | 734.00 |
| Account No. **xxxx6111**<br><br>**Warehouse Direct Office Products**<br>**c/o Robin & Bass**<br>**30 N LaSalle St Ste 210**<br>**Chicago, IL 60602** | | - | | | 6/2008-7/2008<br>Office Supplies | | | | 201.00 |

| | |
|---|---|
| Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **5,956.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Scene, Inc.**    ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5153** | | | **5/2009** **Business Insurance** | | | | |
| **Westfield Insurance Company** **c/o Phillip R Sauer** **3 Golf Center Ste 352** **Hoffman Estates, IL 60169** | - | | | | | | 1,000.00 |
| Account No. **GREEN SCENE** | | | **4/2007** **Job Supplies** | | | | |
| **Westheffer Company** **PO Box 363** **Lawrence, KS 66044** | - | | | | | | 146.00 |
| Account No. **GREEN SCENE** | | | **2009** **Balance due on trailer returned in 6/2009** | | | | |
| **William Scotsman** **8211 Town Center Drive** **Nottingham, MD 21236** | - | | | | | | 138.00 |
| Account No. **GREESCE** | | | **8/2008-10/2009** **Job Supplies** | | | | |
| **Wilson Nursery** **1555 N Hwy 12** **Volo, IL 60041** | - | | | | | | 2,529.00 |
| Account No. **xx4897** | | | **5/2008-7/2008** **Shop Supplies** | | | | |
| **Zep Sales & Service** **139 Exchange Blvd** **Glendale Heights, IL 60139** | - | | | | | | 643.00 |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,456.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Green Scene, Inc.** _____,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **GREEN SCENE**<br><br>**Zimmerman Ford Inc.**<br>**2525 E. Main St.**<br>**Saint Charles, IL 60174** | | - | | **4/2008-1/2010**<br>**Vehicle Repairs** | | | | **6,411.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **6,411.00** |
| Total (Report on Summary of Schedules) | | **597,427.73** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re     **Green Scene, Inc.** _____ ,     Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CNH Capital**<br>**PO Box 0507**<br>**Carol Stream, IL 60132** | **Lease of Business Equipment.  12/2009 - present.**<br>**$368.78 per month.  Acct $24511757.** |
| **Dell Finanical Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197** | **Lease of Business Equipment.  5/2009 to present.**<br>**$418.39 per month.  Acct #003-6711409-002.** |
| **Konica Minolta Business Solutions**<br>**PO Box 550599**<br>**Jacksonville, FL 32255** | **Lease of Business Equipment.  9/2009 to present.**<br>**$846.16 per month.  Acct #061-0026861-000.** |
| **Pitney Bowes**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** | **Lease of Business Postage Equipment.  1/2010 to**<br>**present.  $211.44 per month.  Acct #6340385.** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Lease of building located at 3515 Stern Dr, St**<br>**Charles, IL.  $6,651.00 per month.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Green Scene, Inc.**                                                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**C/O Correspondence**<br>**PO Box 64400**<br>**Colorado Springs, CO 80962-4400** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**C/O Correspondence**<br>**PO Box 64400**<br>**Colorado Springs, CO 80962-4400** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**C/O Correspondence**<br>**PO Box 64400**<br>**Colorado Springs, CO 80962-4400** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Ford Motor Credit**<br>**C/O Correspondence**<br>**PO Box 64400**<br>**Colorado Springs, CO 80962-4400** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Chicago International Trucks**<br>**37W459 Keslinger Rd**<br>**Geneva, IL 60134** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **CNH Capital**<br>**420 Nolen Dr**<br>**South Elgin, IL 60177** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Stihl**<br>**c/o Accounts Service Dept**<br>**PO Box 731**<br>**Mahwah, NJ 07430** |
| **Robert J Dore**<br>**41W087 Highwoods Ct**<br>**Elburn, IL 60119** | **Sheffield Financial Corp**<br>**PO Box 580229**<br>**Charlotte, NC 28258** |

**0**
____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Green Scene, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 17, 2010** _____        Signature    **/s/ Robert Dore** _____

                                                          **Robert Dore**
                                                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Green Scene, Inc.**                                                                    Case No.
                                                             Debtor(s)                Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,068,339.00** | **2007 Income:  Fiscal Year March to February.** |
| **$3,186,610.00** | **2008 Income:  Fiscal Year March to February** |
| **$2,142,494.00** | **2009 Income:  Fiscal Year March to February.** |
| **$0.00** | **2010 Income:  Fiscal Year March to February - YTD** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Advanced Material Services, LLC vs. Green Scene, Inc and Robert Dore (09 SC 7172)** | **Breach of Contract.** | **In Circuit Court of 16th Judicial Circuit, Kane County, IL.** | **Judgment Amt $3,858.76. Citation Notice filed 2/25/2010 with a court date of 3/24/2010.** |
| **R & J Construction Supply Company, Inc. vs. Robert J. Dore/The Green Scene (09 SC 4939)** | **Breach of Contract** | **In Circuit Court of 16th Judicial Circuit, Kane County, IL** | **Judgment Balance $4,466.65. Hearing on Rule to Show Cause set for 6/15/10.** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Russo Hardware, Inc. vs. Green Scene, Inc. (09 AR 1183) | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL | Judgment entered 9/10/09. Total owed is $11,731.68. |
| D & R Trucking, Co. vs. Green Scene, Inc. (09 SC 5826) | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL | D&R Trucking paid 1/12/10. Lawsuit dismissed 2/12/10. |
| Goodman Nurseries, LLC vs. Green Scene, Inc. (09 AR 1251) | Breach of Contract. | In Circuit Court of 22nd Judicial Circuit, McHenry County, IL. | Arbitration Case to be heard on 5/21/10. Seeking $16,159.49 plus costs. |
| R.H. Donnelley vs. Green Scene, Inc. (09 L 762) | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL. | Default Judgment entered 2/22/10 for $108,089.00 for failure to appear. |
| Dunteman Turf Farms, LLC vs. Green Scene, Inc. (10 SC 1236) | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL. | Appearance due by 4/8/10. Seeking $3,697.45. |
| Arrowhead Landscape Supply, Inc. vs. Green Scene, Inc. (08 L 255). | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL. | Judgment entered 7/21/08 for $88,575.60. On 8/25/09 Turnover Order entered. Amount still due $73,313.21. |
| Outdoor Accents vs. Green Scene, Inc. (09 SC 6126). | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL. | Complaint filed 6/5/09. Trial continued to 5/21/10. Seeking $10,000 plus costs and fees. |
| Country Mutual Insurance Company vs. Green Scene, Inc. (09 AR 156). | Breach of Contract. | In Circuit Court of 16th Judicial Circuit, Kane County, IL. | Judgment entered 5/8/09. Total owed $22,062.24. Affidavit for Garnishment filed 2/22/10. |
| Neenah Foundry Company vs Green Scene Inc (10 SC 2475) | Breach of Contract. | In the Circuit Court of the 16th Judicial Circuit, Kane County, IL. | Appearance due by June 9, 2010. Seeking $7,932.56. |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None □ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| New Holland Credit P.O. Box 3600 Lancaster, PA 17604 | 4/19/2010 | 2008 New Holland Skid Steer Model L185 2007 Glenma Power Rake Model MX7 |
| Mercedes Benz Credit PO Box 685 Roanoke, TX 76262 | 2/2010 | 2007 Mercedes-Benz CLS500C/CLS550C - Value $40,000 |

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Sod Cutter (3249), Trimmers (8 @ 380 ea.), Blowers (5 @ 250 ea.), Concrete Saw w/Blade (1350), Weed Wackers (6 @ 270 ea.), Walk behind mower (4250), 21" mower (4 @ 515 ea.), Riding mowers (2 totaling 17300), Leaf Rakes (6 @ 18 ea.), Spade Shovels (4 @ 70 ea.), Cultivators (4 @ 12 ea.), Metal Grade Rake (2 @ 70 ea.), Pitch Fork (50), Garbage Cans (3 @ 25 ea.), Gas cans (totaling 46), Lopper (30), Push Broom (15), Shovels (55), Pruners (50), Hand Saw (20)** | **Stolen from the back lot at 3515 Stern Ave, St. Charles, IL.  Items were incided a padlocked enclosed trailer.  Debtor's insurance company reimbursed them $15,000 for the items stolen.** | **6/13/2009** |
| **Trimmers (3 @ 380 ea.), Blowers (4 @ 250 ea.), Weed Wacker (270), Chainsaw (375), Concrete Saws (4 @ 1350 ea.)** | **Items were stolen from 3515 Stern Ave, St Charles, IL.  They were inside a padlocked enclosed trailer in the back lot.  Debtor's insurance company reimbursed them $8,065 for the items stolen.** | **6/27/09** |

#### 9. Payments related to debt counseling or bankruptcy

None  ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Myler, Ruddy & McTavish**<br>**105 E Galena Blvd, 8th Fl**<br>**Aurora, IL 60505** | **4/15/10** | **$8961 Atty Fees; $1039 Filing Fee** |
| **James D Keith**<br>**Delt-K Consulting**<br>**312 W State St Ste 105**<br>**Geneva, IL 60134** | **2/23/10; 4/9/10** | **$5,000; $2,000** |

#### 10. Other transfers

None  ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None  ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None  ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None  ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Greenscene, Inc.** | 36-3354765 | **3515 Stern Ave Saint Charles, IL 60174-5407** | **Landscaping, Lawncare and Snow Removal** | **7/1984 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeff Lemke, CPA 16 Spring Ln Barrington, IL 60010** | **2008, 2009, 2010** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Jeff Lemke, CPA** | **16 Spring Ln Barrington, IL 60010** |

8

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                            DATE ISSUED

---

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 3/2009 | Jose Guzman - Shop Foreman | |
| 9/2009 | Andrew Hish - Shop Foreman | |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 3/2009 | Robert Dore 3515 Stern Ave Saint Charles, IL 60174 |
| 9/2009 | Robert Dore 3515 Stern Ave Saint Charles, IL 60174 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS             NATURE OF INTEREST             PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Robert Dore 41W087 Highwoods Ct Elburn, IL 60119 | President | 100% |

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                     ADDRESS                    DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 17, 2010**                Signature    **/s/ Robert Dore**
                                                    **Robert Dore**
                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Green Scene, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **18,000.00** |
| Prior to the filing of this statement I have received | $ | **8,961.00** |
| Balance Due | $ | **9,039.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated: **May 17, 2010** | **/s/ Richard G. Larsen** |
| | **Richard G. Larsen** |
| | **Myler, Ruddy & McTavish** |
| | **105 E. Galena Blvd.** |
| | **8th Floor** |
| | **Aurora, IL 60505** |
| | **630-897-8475  Fax: 630-897-8076** |
| | **amctavish@mrmlaw.com  cmyler@mrmlaw.com** |

---

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Green Scene, Inc.** _____,    Case No. _____

                                           Debtor

                                                           Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 17, 2010**_____    Signature  **/s/ Robert Dore**_____
                                                         **Robert Dore**
                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Green Scene, Inc.**                                           Case No.
                                        Debtor(s)          Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                               **130**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:   **May 17, 2010**                        **/s/ Robert Dore**
                                                **Robert Dore/President**
                                                Signer/Title

Abbott Cards
35 Tioga Way
PO Box 631
Marblehead, MA 01945


Advance Auto Parts
435 McLean Blvd
South Elgin, IL 60177


Advanced Material Services, LLC
c/o Atty John M McGuirk
1001 E Main St Ste G
Saint Charles, IL 60174


Advanced Material Services, LLC
435 Pennsylvania Ave Ste 604
Glen Ellyn, IL 60137


Alarm Detection Systems Inc
1111 Church Road
Aurora, IL 60505


American Express
PO Box 297879
Fort Lauderdale, FL 33329


American Express
Box 0001
Los Angeles, CA 90096-0001


Apple Financial Services
PO Box 532617
Atlanta, GA 30353


Aramark Uniform Services
4200 S. Halsted Ste 602
Chicago, IL 60609


Arlington Power Equipment
20175 N Rand Rd
Palatine, IL 60074

Arrowhead Landscape Supply
c/o Joseph R. Voiland, Trustee
1625 Wing Rd
Yorkville, IL 60560


Arrowhead Landscape Supply
PO Box 887
Elburn, IL 60119


Aspen Valley Landscape Supply
2525 Higgins Rd
Elgin, IL 60123


Auto Truck Group
c/o Joseph R Voiland
1625 Wing Rd
Yorkville, IL 60560


Auto Truck Group
1200 N Ellis St
Bensenville, IL 60106


Autumn Landscaping
1532 S Roselle Rd
Schaumburg, IL 60193


Bilco Building Components
3515 Stern Ave
Saint Charles, IL 60174


Central Salt
385 Airport Rd Ste 108
Elgin, IL 60123


Chicago International Trucks
37W459 Keslinger Rd
Geneva, IL 60134


Citicorp Vendor Finance
PO Box 7247-0322
Philadelphia, PA 19170

Clipper Magazine
3708 Hempland Rd
PO Box 610
Mountville, PA 17554


Clune
PO Box 350
Mission, KS 66201


CNH Capital
420 Nolen Dr
South Elgin, IL 60177


CNH Capital
PO Box 0507
Carol Stream, IL 60132


Complete Fence
27W174 North Ave
West Chicago, IL 60185


Construction Data: Bid Tool
PO Box 981097
Boston, MA 02298


Contractors Adjustment Co
570 Lake Cook Rd Ste 305
Deerfield, IL 60015


Country Mutual Insurance Companies
c/o Schwulst & Roseberry PC
PO Box 2020
Bloomington, IL 61702-2020


Country Mutual Insurance Companies
1701 N Towanda Ave
PO Box 2020
Bloomington, IL 61702-2020


County Line Hauling
c/o Transworld Systems, Inc
1373 E Woodfield Rd #110
Schaumburg, IL 60173

County Line Hauling
PO Box 225
Newark, IL 60541


Data Transmission Network Corp
c/o RMS
PO Box 523
Richfield, OH 44286


Dell Financial Services
c/o Valentine & Kebartas Inc
PO Box 325
Lawrence, MA 01842


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services
c/o DFS Customer Care Dept
PO Box 81577
Austin, TX 78708-1577


Dell Finanical Services
P.O. Box 5292
Carol Stream, IL 60197


Diamond Blade Warehouse
588 Lakeview Pkwy
Vernon Hills, IL 60061


Discover Card
PO Box 30421
Salt Lake City, UT 84130-0421


Dreyer Medical Clinic
PO Box 2091
Aurora, IL 60507-2091


Dunteman Turf Farms
c/o Atty William D Cherny
111 E Jefferson Ave
Naperville, IL 60540

Dunteman Turf Farms
46W340 PO Box 91
Kaneville, IL 60144-0091


ERO TEX
N94W14330 Garwin Mace Dr
Menomonee Falls, WI 53051


Firestone Auto Care
1645 E Main St
Saint Charles, IL 60174


Firestone Tires
c/o Stuart Allan & Associates Inc
5447 E 5th St Ste 110
Tucson, AZ 85711-2345


Ford Motor Credit
C/O Correspondence
PO Box 64400
Colorado Springs, CO 80962-4400


Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179


Goodmark Nurseries
c/o Frank G Roux, Ltd
715 Ela Rd
Lake Zurich, IL 60047


Goodmark Nurseries
8920 Howe Rd
Wonder Lake, IL 60097


Gritten Turf Farms
PO Box 126
Monticello, IN 47960


Ground Effects
c/o Caine & Weiner
1699 E Woodfield Rd
Schaumburg, IL 60173

Ground Effects
1801 S. Bridge St.
Yorkville, IL 60560


IL Dept of Employment Security
260 E Indian Trail Rd
Aurora, IL 60505-1733


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326


Jeff Lemke, CPA
16 Spring Ln
Barrington, IL 60010


John Deere Landscapes
c/o NRS
2304 Tarpley Rd Ste 134
Carrollton, TX 75006


Just Safety
PO Box 9630
Naperville, IL 60564


K Hoving Recycling
2351 Powis Rd
West Chicago, IL 60185


Kaknes Lanscape Supply, Inc.
31W545 Diehl Rd
Naperville, IL 60563


Kane County Landscape Material
817 E Route 38
Elburn, IL 60119


Kendal Hill Nursery, Inc
16100 Newark Road
Newark, IL 60541


Konica Minolta Business Solutions
PO Box 550599
Jacksonville, FL 32255

Kwik Copy Printing
105 S 14th St
Saint Charles, IL 60174


Lafarge Conco Western
c/o Coface Collections North Americ
PO Box 8510
Metairie, LA 70011


Lafarge Conco Western
23283 Network Pl
Chicago, IL 60673


Mercedes Benz Credit
PO Box 685
Roanoke, TX 76262


Meterologix
9110 W Dodge Rd Ste 200
Omaha, NE 68114


Michael Whelan
2860 River Rd Ste 240
Des Plaines, IL 60018


Mitchell 1
c/o CCR Inc
6911 Topanga Canyon Blvd #206
Canoga Park, CA 91303


Mitchell 1
25029 Network Pl
Chicago, IL 60678-1250


Nancy S. C. Lichon MD
511 Thornhill Dr
Carol Stream, IL 60188


National Seed
4720 Yender Ave
Lisle, IL 60532

Neenah Foundry
c/o McMahan & Sigunick Ltd
412 S Wells St 6th Fl
Chicago, IL 60607


Neenah Foundry
PO Box 729
Neenah, WI 54957


Nicor Gas
Attn Bankruptcy Dept
1844 W Ferry Rd
Naperville, IL 60563


Outdoor Accents
c/o Jahnke & Toolis LLC
9031 W 151st St Ste 203
Orland Park, IL 60462


Outdoor Accents
858 S Gage St
Joliet, IL 60432


Passport Software
3801 W Lake Ave Ste 301
Glenview, IL 60026


Pat McCarthy
14 Lochnivar
Oakbrook, IL 60521


Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes Supplies
PO Box 856042
Louisville, KY 40285


Pope & Associates
1155 S Washington, Lower Level
Naperville, IL 60540

PP&O Nursery
PO Box 1205
Saint Charles, IL 60174


Practical Solutions
750 Ashler Ct
Columbus, OH 43235


Private Bank
24 S Second St
Saint Charles, IL 60174


Quality Cleaning
PO Box 362
Geneva, IL 60134


R&J Construction Supply Co
30W180 Butterfield Rd
Warrenville, IL 60555


R&J Construction Supply Company
c/o Atty Paul L Greviskes
PO Box 393, 109 E Wilson St
Batavia, IL 60510-0393


Radiator Express
2S781 Route 59
Warrenville, IL 60555


Rainbow Farms Enerprises
c/o Ameri-Assist
PO Box 26095
Columbus, OH 43226


Rainbow Farms Enterprises
25715 S Ridgeland Ave
Monee, IL 60449


Rainbow Irrigation
117 Sabin
Sycamore, IL 60178


Regional Truck Equipment
255 Laura Drive
Addison, IL 60101

Reliable PC Techs
1118 Ronzheimer Ave
Saint Charles, IL 60174


RH Donnelley Publishing
c/o Fay Farrow & Associates
1730 Park St Ste 109
Naperville, IL 60563


RH Donnelley Publishing
8519 Innovation Way
Chicago, IL 60682-0085


RH Donnelley Publishing
c/o Solomon & Leadley
320 E Indian Trail
Aurora, IL 60505-1760


Robert J Dore
41W087 Highwoods Ct
Elburn, IL 60119


RP Enterprises
9 N Cherry Dr
Oswego, IL 60543


Rush Copley Medical Center
2000 Ogden Avenue
Aurora, IL 60504


Russo Hardware Inc
c/o Solomon & Leadley
320 E Indian Trail
Aurora, IL 60505-1760


Russo Power Equipment
9525 W. Irving Park Road
Schiller Park, IL 60176


RW Wilson Printing Company
c/o Robert R Mucci
PO Box 190
West Chicago, IL 60186

RW Wilson Printing Company
PO Box 989
Saint Charles, IL 60174


Sheffield Financial Corp
PO Box 580229
Charlotte, NC 28258


Shemin Nursery
c/o Paul R Marcus
PO Box 562601
Miami, FL 33256-2601


Shemin Nursery
4N755 Lombard Rd
PO Box 587
Addison, IL 60101


South Branch Nursery
18101 Route 176
Union, IL 60180


Sprint/Nextel
PO Box 4181
Carol Stream, IL 60197


State of IL
IL DOR
PO Box 19035
Springfield, IL 62794-9035


Steve Piper & Sons
31W320 Ramm Dr
Naperville, IL 60564


Stihl
c/o Accounts Service Dept
PO Box 731
Mahwah, NJ 07430


Stihl
PO Box 688
Memphis, TN 38101

Tam Trucking
400 E North Ave
Streamwood, IL 60107


Total Fire & Safety
6808 Hobson Valleyh Ste 105
Woodridge, IL 60517


Town & Country Landscape
c/o Coface Collections
PO Box 8510
Metairie, LA 70011


Town & Country Landscape
29800 US Hwy 12
Wauconda, IL 60084


Tredroc Tire Services
425 Fenton Ln
West Chicago, IL 60185


Unilock Chicago Inc.
301 East Sullivan Rd.
Aurora, IL 60504


Upbeat Magazine
4350 Duncan Ave
63110


Valley Imaging Consultants LLC
6910 S Madison Street
Willowbrook, IL 60527-5504


Valley Lock Company, Inc
202 S Second St
Saint Charles, IL 60174


Warehouse Direct Office Products
c/o Robin & Bass
30 N LaSalle St Ste 210
Chicago, IL 60602


Warehouse Direct Office Products
1601 West Algonquin Road
Mount Prospect, IL 60056

Westfield Insurance Company
c/o Phillip R Sauer
3 Golf Center Ste 352
Hoffman Estates, IL 60169


Westfield Insurance Company
PO Box 5001
Westfield Center, OH 44251


Westheffer Company
PO Box 363
Lawrence, KS 66044


William Scotsman
8211 Town Center Drive
Nottingham, MD 21236


Wilson Nursery
1555 N Hwy 12
Volo, IL 60041


Zep Sales & Service
139 Exchange Blvd
Glendale Heights, IL 60139


Zimmerman Ford Inc.
2525 E. Main St.
Saint Charles, IL 60174

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Green Scene, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Green Scene, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 17, 2010

Date

**/s/ Richard G. Larsen**

**Richard G. Larsen**

Signature of Attorney or Litigant

Counsel for   **Green Scene, Inc.**

**Myler, Ruddy & McTavish**

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475 Fax:630-897-8076**
**amctavish@mrmlaw.com  cmyler@mrmlaw.com**