# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | No. 10-72521 |
| **GREEN SCENE, INC.** ) | |
| ) | Hon. Manuel Barbosa |
| Debtor. ) | |
| ) | |

### PROOF OF SERVICE

TO:   ALL SECURED AND PRIORITY CREDITORS, 20 LARGEST UNSECURED CREDITORS, U.S. TRUSTEE PER ATTACHED SERVICE LIST.

RICHARD G. LARSEN, being first duly sworn upon oath, deposes and states that he served the attached **AGREED INTERIM AND PROPOSED FINAL ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION TO PRIVATE BANK** via electronic mail, facsimile, and/or by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class, postage prepaid, addressed to all parties as set forth herein, on the 16th day of June, 2010.

/s/ Richard G. Larsen
RICHARD G LARSEN

### CERTIFICATE OF SERVICE

Richard G. Larsen, an attorney, certifies that he served the above and foregoing **Proof of Service of Agreed Interim and Proposed Final Order Authorizing Debtor To Use Cash Collateral And Granting Adequate Protection To Private Bank** via facsimile transmission, electronic mail, and/or by depositing in the United States Mail at Aurora, Illinois, a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to all parties as set forth herein, on the 16th day of June, 2010.

/s/ Richard G. Larsen
Richard G. Larsen

Richard G Larsen - Atty #6193054
Myler, Ruddy & McTavish
105 E Galena Blvd Ste 800
Aurora, Illinois 60505
(630) 897-8475 Ph; (630) 897-8076 Fx

In RE Green Scene, Inc. (10-72521)

SERVICE LIST

American Express
PO Box 297879
Fort Lauderdale FL 33329

Arrowhead Landscape Supply
C/O Joseph R Voiland, Trustee
1625 Wing Rd
Yorkville IL 60560
jrvoiland@sbcglobal.net

Bilco Building Components
3515 Stern Ave
St Charles IL 60174

Chicago International Trucks
37W459 Keslinger Rd
Geneva IL 60134

CNH Capital
420 Nolen Dr
South Elgin IL 60177

Country Mutual Insurance Co
c/o Schwulst & Roseberry PC
PO Box 2020
Bloomington IL 61702-2020
309-829-3014 Fx

County Line Hauling
c/o Transworld Systems Inc
1373 E Woodfield Rd #110
Schaumburg IL 60173

Ford Motor Credit
c/o Steven L. Nelson, Atty.
PO Box 3700
Rock Island IL 61204
snelson@snyderpark.com

Ford Motor Credit
PO Box 790093
St Louis MO 63179

ERO TEX
N94W14330 Garwin Mace Dr
Menomonee Falls WI 53051

Goodmark Nurseries
c/o Frank G Roux, Ltd
715 Ela Rd
Lake Zurich IL 60047
847-438-9604 Fx

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia PA 19114

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn
Chicago IL 60604
312-566-2826 Fx

Internal Revenue Service
Associate Area Counsel, SB/SE
200 W Adams St Ste 2300
Chicago IL 60606
312-368-8712 Fx

Joel Nathan
Asst US Attorney
219 S Dearborn #500
Chicago IL 60604-1702
312-353-2067 Fx

IL Dept of Employment Security
260 E Indian Tr Rd
Aurora IL 60505-1733

State of IL Dept of Revenue
PO Box 19035
Springfield IL 62794

IDES
c/o Michael Prousis, AAG
100 W Randolph St, 13th FL
Chicago IL 60601
Michael.Prousis@Illinois.gov

IDOR
c/o Faith Dolgin, Asst Atty Gen.
100 W Randolph St, 7th FL
Chicago IL 60601
Faith.Dolgin@Illinois.gov

Jeff Lemke, CPA
16 Spring Ln
Barrington IL 60010

John Deere Landscapes
c/o NRS
2304 Tarpley Rd Ste 134
Carrolton TX 75006

Mercedes Benz Credit
PO Box 685
Roanoke TX 76262

Michael Whelan
2860 River Rd Ste 240
Des Plaines IL 60018

Neenah Foundry
c/o McMahan & Sigunick Ltd
412 S Wells St 6th Fl
Chicago IL 60607
312-913-1350

Outdoor Accents
c/o Jahnke & Toolis LLC
9031 W 151st St Ste 203
Orland Park IL 60462

Private Bank
c/o Matthew M Hevrin
100 Park Ave
Rockford, IL 61101
mhevrin@hinshawlaw.com

Rainbow Farms Enterprises
c/o Ameri-Assist
PO Box 26095
Columbus OH 43226

RH Donnelley Publishing
c/o Solomon & Leadley
320 E Indian Trail
Aurora, IL 60505-1760
630-892-7882 Fx

Russo Hardware Inc
c/o Solomon & Leadley
320 E Indian Tr
Aurora IL 60505-1760
630-892-7882 Fx

Sheffield Financial Corp
PO Box 580229
Charlotte NC 28258

Stihl
c/o Accounts Service Dept
PO Box 731
Mahwah NJ 07430

Town & Country Landscape
c/o Coface Collections
PO Box 8510
Metairie LA 70011

William Neary
Office of the US Trustee
780 Regent Street Ste 304
Madison, Wisconsin 53715
USTPRegion11.MD.ECF@usdoj.gov

John M. McGuirk
Atty for Advanced Material Service
1001 East Main Street, Suite G
St. Charles, IL 60174
(630) 513-8799 Fx

M. A. English
Internal Revenue Service
2001 Butterfield Road
Downers Grove, IL 60515
(630) 493-5453 Fx