UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA          Hearing Date: 6/30/10

Bankruptcy Case No. 10-72521   Adversary No. _____

Title of Cause: Green Scene, Inc.

Brief Statement of Motion: Motion for Use of Cash Collateral

Name and Addresses of moving counsel: Richard G. Larsen for Debtor

Matthew Hevrin for Private Bank

Representing: _____

## ORDER

This cause coming on for hearing on motion of debtor for entry of agreed order and proposed (final) order allowing use of cash collateral, no objections being heard,

IT IS ORDERED that the order entered 6/16/10 is hereby confirmed as final order of this Court.

JUN 30 2010